# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lai Kuen Yu, | No. CV-26-00856-PHX-KML (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokowsky, et al., | |
| Respondents. | |

Petitioner challenged her immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing her detention has exceeded the removal period and there is no significant probability of her removal in the reasonably foreseeable future. (Doc. 1.) The court directed respondents to show cause why petitioner's petition should not be granted as to her *Zadvydas* claim. (Doc. 3.) Respondents' response stated:

> Respondents are currently unable to establish that there is a significant likelihood of that removal in the reasonably foreseeable future. Therefore, Respondents do not oppose Petitioner's request for release from immigration custody at this time.

(Doc. 6.) The court accepts this concession as non-opposition to granting petitioner's habeas corpus petition as to her *Zadvydas* claim. Any remaining portions of the petition will be denied as moot.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** as to her *Zadvydas* claim. The petition is otherwise denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release petitioner

from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** respondents must provide notice of compliance within two business days of petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 17th day of February, 2026.

*[signature]*
Honorable Krissa M. Lanham
United States District Judge