**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lai Kuen Yu, | **NO. CV-26-00856-PHX-KML (DMF)** |
| Petitioner, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Eric Rokowsky, et al., | |
| Respondents. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed February 17, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted as to her Zadvydas claim. The petition is otherwise denied. Judgment is entered in favor of Petitioner, and this case is hereby closed.

Debra D. Lucas
District Court Executive/Clerk of Court

February 17, 2026

s/ E. Aragon
By  Deputy Clerk